| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 03/04/2020/tl | |

__McALLEN__ Division     CR. No. __M-20-494__

**CRIMINAL INFORMATION** Filed: March 4, 2020     Judge: __MICAELA ALVAREZ__

County: Hidalgo
Lions #: **2017R01438**

UNITED STATES OF AMERICA

v.

DELFINO GAONA

Attorneys:
RYAN K. PATRICK, U.S. ATTORNEY

ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY

Cts. 1 & 2     Ricardo Salinas, Ret'd, (956) 584-3900

Charge(s):
Ct. 1: Conspiracy to defraud the United States
       Title 18, United States Code, Section 371
Ct. 2: Failure to file an IRS Form 8300
       Title 31, United States Code, Sections 5324(b)(1), 5324(d)(2), and 2

Total Counts
**(2)**

Penalty:
Ct. 1: Imprisonment for not more than 5 yrs. and/or a $250,000.00 fine and at least a 3 yr. SRT
Ct. 2: Imprisonment for not more than 10 yrs. and/or a $500,000.00 fine and at least a 3 yr. SRT

Agency: Federal Bureau of Investigations – Ricardo Ale - 272B-SA-2122610

Proceedings

Date